FILED

2018 Oct-12  PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **DWIGHT PERNELL FOSTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO.: 5:17-CV-543-MHH** |
| | ) | |
| **KOHL'S DEPARTMENT STORE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PARTIES' STATUS REPORT REGARDING DISCOVERY DISPUTES AND MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

COME NOW Defendant Kohl's Department Store ("Kohl's") and Plaintiff Dwight Pernell Foster ("Foster") (collectively "the Parties") and, pursuant to the Court's October 2, 2018 Order (Doc. 36), file this report regarding the status of their discovery disputes and motion for extension of the discovery and dispositive motions deadlines:

1.      Pursuant to the Court's Order, counsel for the Parties met face-to-face on October 10, 2018 to discuss their discovery disputes.

2.      The Parties reached some resolutions and agreed to continue discussions regarding their remaining discovery disputes, but anticipate they will be able to resolve them without court intervention at this time.

3.      The Parties also continue to engage in settlement discussions and have discussed potentially mediating the case.

4.      To permit the Parties to complete discovery and continue settlement negotiations and potential mediation, the Parties also request an extension of the discovery and dispositive motions deadlines until February 11, 2019 and March 11, 2019, respectively.

5.      This Motion is made for good cause, in good faith, and not for purposes of delay.  Moreover, the requested extension will not prejudice either party.

WHEREFORE, the Parties respectfully move the Court to extend the discovery and dispositive motions deadlines from November 7, 2018 to February 11, 2019 and from December 3, 2018 to March 11, 2019, respectively, or such time as this Court deems appropriate.

Dated:  October 12, 2018

_s/ Leslie Palmer_ (with consent)
Leslie Palmer
Attorney for Plaintiff
Dwight Foster

Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, Al 35233
Tel: (205) 285-3050
Fax: (205) 386-4383
Leslie@Palmerlegalservices.com

_s/ Jenna M. Bedsole_
JENNA M. BEDSOLE
SHARONDA CHILDS FANCHER
Attorneys for Defendant
Kohl's Department Stores, Inc.

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 North 20th Street
Wells Fargo Tower, Suite 1400
Birmingham, Alabama  35203
(205) 328-0480
jbedsole@bakerdonelson.com
sfancher@bakerdonelson.com

2